# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-CV-00330-GCM

| | |
|---|---|
| **DEBORAH FRANKLIN,** | |
| **Plaintiff,** | |
| v. | **ORDER** |
| **WENDE KERL,** **CITY OF CHARLOTTE,** | |
| **Defendants.** | |

**THIS MATTER** comes before the Court on its own motion. The trial date in this matter is November 15, 2021. It appears that the parties filed cross-motions for summary judgment on September 1, 2021. ECF No. 18, 19, 21. To sufficiently consider the cross-motions and any other forthcoming pretrial motions, the trial in this matter must be continued. A trial date will be reset if necessary upon resolution of the dispositive motions.

**SO ORDERED.**

Signed: September 8, 2021

Graham C. Mullen
United States District Judge