# United States District Court
# Western District of North Carolina
# Charlotte Division

| | |
|---|---|
| Deborah Franklin, | JUDGMENT IN CASE |
| Plaintiff(s), | 3:20-cv-00330-GCM |
| vs. | |
| City of Charlotte<br>Wende Kerl, | |
| Defendant(s). | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 19, 2021 Order.

November 19, 2021

Frank G. Johns, Clerk
United States District Court