FILED: April 4, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2402
(3:20-cv-00330-GCM)
_____

DEBORAH FRANKLIN, as Administrator of the Estate of Danquirs Franklin

　　　Plaintiff - Appellant

v.

CITY OF CHARLOTTE; WENDE KERL

　　　Defendants - Appellees

_____

J U D G M E N T

_____

　　In accordance with the decision of this court, the judgment of the district court is affirmed in part and vacated in part. This case is remanded to the district court for further proceedings consistent with the court's decision.

　　This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK